March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Marcello Sansone,

        Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20 -CR- 605 (__)(__)

Defendant _____Marcello Sansone_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_x_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

s/Marcello Sansone by KNF,USMJ
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Marcello Sansone
_____
Print Defendant's Name

s/Richard J. Ma by KNF,USMJ

Defense Counsel's Signature

Richard J. Ma
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/19/20 Date

*Kevin Nathaniel Fox*
_____
U.S. District Judge/U.S. Magistrate Judge