**RICHARD J. MA, ESQ.**
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/20

December 2, 2020

*Via ECF and E-Mail*

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Marcello Sansone*
            20 Cr. 605 (KMW)

Dear Judge Wood:

    As Your Honor is aware, I am counsel to Mr. Marcello Sansone in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully request a one-week extension of time to meet Mr. Sansone's bail conditions.

    On November 19, 2020, Mr. Sansone was arraigned before Magistrate Judge Kevin N. Fox on an indictment charging him with one count of conspiracy to distribute narcotics, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C). Mr. Sansone has been at liberty on the following conditions: (i) a $100,000 PRB to be cosigned by three financially responsible persons; (ii) Pretrial services as directed; (iii) travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey; (iv) the surrender of travel documents with no new applications; (v) no contact with the co-defendant unless accompanied by counsel; (vi) drug testing and mental health treatment as directed by Pretrial services; (vii) obtain and maintain employment as approved by Pretrial services; and (viii) no use of controlled substances unless with a prescription. Mr. Sansone was released on his own signature with the remaining conditions to be met by December 3, 2020.

Three cosigners have been interviewed and approved by the Government as financially responsible persons. However, the cosigners have not yet signed and submitted the PRB. We therefore respectfully request a one-week extension of time for the cosigners to complete the relevant paperwork, sign and submit the PRB. This is the first request for an extension of time and the Government consents to this request. ] Granted

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc: A.U.S.A. Daniel G. Nessim (via email)

SO ORDERED: N.Y., N.Y. 12/2/20

_____
KIMBA M. WOOD
U.S.D.J.