USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

**RICHARD J. MA, ESQ.**
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

September 22, 2021

*Via ECF and E-Mail*

Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Marcello Sansone*
      20 Cr. 605 (KMW)

Dear Judge Wood:

As Your Honor is aware, I am counsel to Mr. Marcello Sansone in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully request temporary modification of Mr. Sansone's bail conditions to permit him to travel to Ellington, Connecticut, in the District of Connecticut.

Your Honor will recall that Mr. Sansone has been at liberty on the following agreed-upon bail package: (i) a $100,000 PRB; (ii) co-signed by three FRP's; (iii) Pretrial services as directed; (iv) travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey; (v) the surrender of travel documents with no new applications; (vi) no contact with the co-defendant unless accompanied by counsel; (vii) drug testing and mental health treatment as directed by Pretrial services; (viii) obtain and maintain employment as approved by Pretrial Services; and (ix) no use of controlled substances unless with a prescription. Mr. Sansone has complied with all conditions of his bail and he continues to be in constant contact with counsel and Pretrial Services.

This application seeks modification of Mr. Sansone's above-stated bail conditions, permitting him to travel to and from Ellington, Connecticut from October 10 through October 11, 2021. We request the modification so that Mr. Sansone may attend his fiance's

*Granted*
*KMW*

sister's wedding. If the travel is permitted, Mr. Sansone intends to travel with his fiance by car and return the same evening, or early morning of the next day. Finally, upon Mr. Sansone's return, the bail conditions currently in place will be immediately reinstated in full force and effect.

Granted
KMW

Based upon my communications with AUSA Daniel G. Nessim and PTS Officers Lea Harmon and Elizabeth Charleston, neither the government or Pretrial Services object to this request.

Therefore, for the reasons stated herein, we respectfully request that the Court grant this application for temporary modification of Mr. Sansone's bail conditions.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email: A.U.S.A. Daniel G. Nessim
Marcello Sansone

9/24/2021

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.